UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| G.O.D. FILMS AND VISUALS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRISTOL POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 3:23-CV-189-CCB-SJF |

## ORDER

Pursuant to the Stipulation for Dismissal (ECF 67) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, each party bearing its own costs and attorney fees. The Clerk is **DIRECTED** to close this case.

SO ORDERED on December 1, 2025.

                                            /s/*Cristal C. Brisco*
                                            CRISTAL C. BRISCO, JUDGE
                                            UNITED STATES DISTRICT COURT